UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

*************************************
                                      *
Ohio Security Insurance Company,      *
            Plaintiff                 *
v.                                    *   1:22-cv-0092-PB
MMG Insurance Company,                *
            Defendant                 *
*************************************

## ASSENTED-TO MOTION FOR HEARING OR ORDER

**NOW COMES** Defendant MMG Insurance Company, by and through its attorneys, Getman, Schulthess & Steere, P.A. and respectfully requests that the Court set a hearing or issue an Order on the subject of the future of this case. In support of this Motion, MMG states as follows:

1. The parties are before the Court on an issue of insurance coverage, namely that the plaintiff Ohio Security Insurance Company is seeking a determination that MMG should defend and indemnify OSIC's insured, Old Hampshire Designs, Inc., in a pending personal injury lawsuit entitled *Christopher Roach v. Old Hampshire Designs, Inc., et al*, Merrimack County Superior Court, NO. 217-2021-CV-00347 (the "Underlying Lawsuit"). By agreement of the Parties, OSIC has bifurcated its argument into two phases, the duty to defend and the duty to indemnify.

2. The Parties have reached an agreement as to the duty to defend and MMG will defend Old Hampshire in the Underlying Lawsuit pursuant to a Reservation of Rights regarding the application of the prerequisites for Additional Insured status as set forth in the applicable endorsement in the MMG policy.

3. The Parties, however, continue to dispute whether MMG is obligated to indemnify Old Hampshire but acknowledge that this issue is unlikely to be resolvable until certain factual determinations or rulings are made in the underlying case.

4. Given that this Court may or may not be called upon to render a decision on the issue of MMG's duty to indemnify Old Hampshire, the Parties seek the Court's guidance on how best to proceed in the current matter. The Parties believe that there are two options: (1) seek a stay of the case pending resolution of the relevant facts and/or claims in the underlying case; or, (2) seek a dismissal of the case without prejudice to OSIC refiling its Complaint, adjusted to those allegations that relate to the duty to indemnify.

5. The Parties request that the Court hold a hearing to discuss how best to proceed given the above circumstances; or, that the Court issue an Order setting forth its preference as to the future of this case.

6. Counsel for the plaintiff, Iryna Dore, Esquire, assents to this motion.

**WHEREFORE**, Defendant MMG Insurance Company respectfully prays that this Honorable Court will:

A. Schedule a hearing on the issue set forth above; or

B. Issue an Order setting forth the appropriate procedural status of the case while awaiting resolution of the certain issues and/or facts in the underlying case;

C. Extend briefing deadlines applicable to the Ohio Security Insurance Company's Motion for Summary Judgment pending requested conference or conclusion of the stay period; and

D. Grant such further relief as may be just and proper.

Respectfully submitted,

MMG INSURANCE COMPANY

By its attorneys,

GETMAN, SCHULTHESS, STEERE
& POULIN PA

Dated:  August 26, 2022           By    /s/ Elizabeth L. Hurley
                                   Elizabeth L. Hurley #16851
                                   1838 Elm Street
                                   Manchester, NH  03140
                                   603-634-4300
                                   ehurley@gssp-lawyers.com

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Motion will be served on all counsel of record via the Court's ECF system.

Dated:  August 26, 2022           By    /s/ Elizabeth L. Hurley
                                   Elizabeth L. Hurley #16851